July 17, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/17/2015 3:08:53 PM

CHRISTOPHER A. PRINE
Clerk

First Court of Appeals

301 Fannin Street

Houston, Texas  77002-2066

RE:  01-15-00354-CV, Harris County vs. International Paper

To This Honorable Court,

I, Kimberly Kidd, Official Court Reporter for the 295th Civil District Court, respectfully request my third and final extension of time to file the Reporter's Record in the above-reference appeal.  I have worked diligently and consistently to complete this appeal record; but because of the length of the record, which covers almost three years of hearings and a jury trial, over 6,000 pages of transcript consisting of 81 volumes, not including exhibits, a third extension is needed in order to file a Reporter's Record that complies with all the required rules of this Honorable Court and is of good quality.  I, therefore, request this Court grant me an extension to file this Reporter's Record to August 20, 2015.

Respectfully Submitted,

/s/Kimberly Kidd

Kimberly Kidd, No. 2437

295th Civil District Court

201 Caroline, 14th Floor

Houston, Texas  77002

Phone:  713-368-6453

kimberly_kidd@justex.net